IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL ACTION |
| v. : | |
| JUAN SANCHEZ : | NO. 10-764-01 |

## ORDER

**AND NOW**, this 10th day of July 2012, upon consideration of Defendant's Motion to Suppress [Doc. No. 22] and the response thereto, and after a hearing on May 25, 2012, and for the reasons set forth in the accompanying Memorandum Opinion, it is **ORDERED** that the Motion is **DENIED.**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**